UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DONALD C. HODGE, JR.

VERSUS

EAST BATON ROUGE PARISH
SHERIFF'S OFFICE ET AL.

CIVIL ACTION

NO. 08-735-JJB-CN

## JUDGMENT

For written reasons assigned;

IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of defendants the Board of Supervisors of Louisiana State University, the East Baton Rouge Parish Sheriff's Office, Greg Phares, and Leonardo Deon Moore, and against plaintiff Donald C. Hodge, Jr..

Signed in Baton Rouge, Louisiana, on January 5, 2010.

_____
**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

1